# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

SERGEY BACHKOVSKY

No.

## INFORMATION

The United States Attorney charges:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. Defendant, Sergey Bachkovsky ("BACHKOVSKY") was a resident of Maine.

2. The Marine Mammal Protection Act ("MMPA") made it unlawful to transport, purchase, sell, export, or offer to purchase, sell, or export any marine mammal or marine mammal product for any purpose other than public display, scientific research, or enhancing the survival of a species or stock. 16 U.S.C. § 1372(a)(4)(B).

3. The Migratory Bird Treaty Act ("MBTA") made it unlawful without a permit to possess, offer for sale, sell, deliver for shipment, ship, cause to be shipped, deliver for transportation, transport or cause to be transported, carry or cause to be carried any migratory bird and any part of such bird. 16 U.S.C. § 703(a). A migratory bird was any bird, whatever its origin and whether or not raised in captivity, which is listed in 50 C.F.R. § 10.13, including any part of such bird. 50 C.F.R. § 10.12.

4. The Lacey Act made it unlawful for any person to knowingly import, transport, sell, receive, acquire, or purchase any wildlife taken, possessed, transported, or sold in violation of any law, treaty, or regulation of the United States. 16 U.S.C. § 3372(a)(l).

5. The sperm whale (*Physeter macrocephalus*), blue whale (*Balaenoptera musculus*), and Antarctic minke whale (*Balaenoptera bonaerensis)* were marine mammals.

6. The broad-winged hawk (*Buteo platypterus*) was a migratory bird.

## COUNT ONE
## (Lacey Act Trafficking)

7. From about June 21, 2023, to about March 22, 2024, in the District of Maine and elsewhere, defendant,

**SERGEY BACHKOVSKY**

knowingly engaged in conduct that involved the sale and purchase of, the offer of sale and purchase of, and the intent to sell and purchase wildlife, that is 21 sperm whale teeth, eight marine mammal teeth, one blue whale ear bone, one Antarctic minke whale ear bone, and one broad-winged hawk carcass, with a market value in excess of $350, and did knowingly import, transport, sell, receive, acquire, and possess said wildlife knowing that it was possessed, transported, and sold in violation of, and in a manner unlawful under, the laws and regulations of the United States, specifically, the MMPA, 16 U.S.C. § 1372(a)(4)(B) and the MBTA, 16 U.S.C. § 703(a). All in violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B).

# FORFEITURE NOTICE

1. The allegations of this Information are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of certain property, in which the defendant, **SERGEY BACHKOSVKY,** has an interest.

2. Upon conviction of a violation of Title 16, United States Code, Section 3372, as alleged in this Information, the defendant shall forfeit to the United States any and all wildlife imported, exported, transported, sold, received, acquired or purchased contrary to Title 16, United States Code, Section 3372, pursuant to Title 16, United States Code, Section 3374.

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

    (1) 23 marine mammal teeth;

    (2) 22 bovid teeth;

    (3) 1 proboscidean tusk;

    (4) 1 walrus or hippopotamus tusk

    (5) 1 whale vertebra;

    (6) 1 bear tooth;

    (7) Broad-winged hawk tail and feathers;

    (8) Bald eagle feathers, wings, and skeletal remains;

    (9) Eagle feathers;

    (10)   Hawk feathers and head;

    (11)   Turkey vulture feathers, wings and tails;

    (12)   Barred owl feathers, wings, and feet;

    (13)   Cooper's hawk wings, tail, and feet;

    (14)   Yellow-bellied sapsucker wing;

(15) American crow feather;

4. All pursuant to Title 16, United States Code, Section 3374, and the procedures set forth in Title 21, United States Code, Section 853.

Date:8/28/2025

CRAIG M. WOLFF
ACTING UNITED STATES ATTORNEY

*/s/ Nicholas M. Scott*
Nicholas M. Scott
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street
6th Floor, East Tower
Portland, ME 04101
Nicholas.scott@usdoj.gov

ADAM GUSTAFSON
ACTING ASSISTANT ATTORNEY GENERAL

*/s/* Ryan Connors
Ryan Connors
Senior Trial Attorney
Environmental Crimes Section
150 M Street NE
Washington, DC 20002
Ryan.connors@usdoj.gov